UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:                                          )
                                                )
DAVIS AND DAVIS SITEWORK CONTRACTOR INC. )      Case No. 10-63222
                                                )
                                                )
                    Debtor(s)                   )      Chapter 7
                                                )
_____ )

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1.  Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2.  The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3.  That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated:  October 11, 2011                 By: /s/Andrew S. Goldstein

Andrew S. Goldstein, Esq.  (VSB #28421)
Magee Goldstein Lasky & Sayers, PC
PO Box 404
Roanoke, VA 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Chapter 7 Trustee

MAGEE GOLDSTEIN
LASKY & SAYERS
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

# CREDITORS

Truck Body Company LLC
PO Box 10906
4401 Richmond Highway
Lynchburg, VA 24506

Amount Due: $0.02

Watts Petroleum
1505 Rutherford Street
Lynchburg, VA 24501

Amount Due: $0.01

Internal Revenue Service
Insolvency Units
PO Box 7346
Philadelphia, PA 19101-7346

Amount Due: $0.01

Howard Shockey & Sons Inc.
PO Box 2530
Winchester, VA 22604

Amount Due: $0.40

Lawrence Equipment
872 Lee Highway
Roanoke, VA 24019

Amount Due: $0.02

Caterpillar Access Account
Cat AccessAccount Corp.
2120 W End Avenue
Nashville, TN 37203

Amount Due: $0.01

Blair Construction Inc.
PO Box 612
23020 US HWY 29 South
Gretna, VA 24557-0612

Amount Due: $0.25